IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RYAN M. STEAR,

          Debtor.

TD AUTO FINANCE LLC ,

          Movant

   v.

RYAN M. STEAR,

          Debtor

Case No. 19-23404-CMB

Chapter 7

Related Document No. 14

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on October 3, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than October 21, 2019.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: October 30, 2019        TD AUTO FINANCE LLC

                                       By Its Counsel

                                       /s/ Martin A. Mooney
                                       Martin A. Mooney, Esq. Attorney ID #315063
                                       SCHILLER, KNAPP,
                                       LEFKOWITZ & HERTZEL, LLP
                                       950 New Loudon Road, Suite 109
                                       Latham, New York 12110
                                       Tel (518) 786-9069
                                       E-Mail: MMooney@schillerknapp.com