UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ryan M. Stear<br>　　　　　　　Debtor(s) | |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>　　　　　　　Movant<br>　　v.<br>Ryan M. Stear<br>　　　　　　　Respondent(s)<br>　　and<br>Eric E. Bononi, Trustee<br>　　　　　　　Additional Respondent | BK. NO. 19-23404 CMB<br><br>CHAPTER 7<br>Related to Docket #___14_____<br><br><br><br>**ENTERED BY DEFAULT** |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this  30th day of October  , 2019, at Pittsburgh, upon Motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 3785 Bradys Run Road, Beaver, PA 15009 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

FILED
10/30/19 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　　　　　　　　　　　　　　　　　　_Carlota M. Böhm_　　dmr
　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

Ryan M. Stear
3785 Bradys Run Road
Beaver, PA 15009

Lauren M. Lamb Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219
llamb@steidl-steinberg.com

Eric E. Bononi
20 North Pennsylvania Avenue (VIA ECF)
Suite 201
Greensburg, PA 15601
bankruptcy@bononiandbononi.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-23404-CMB
Ryan M. Stear                                                                 Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric             Page 1 of 1          Date Rcvd: Oct 30, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Ryan M. Stear,    405 Hodgson Road,    Darlington, PA 16115-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
      Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
      James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
       bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lauren M. Lamb    on behalf of Debtor Ryan M. Stear
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
       teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
       dl-steinberg.com
      Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
       acarmany@schillerknapp.com;bfisher@schillerknapp.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                           TOTAL: 6