IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 19-23404-CMB |
| RYAN M. STEAR, | ) Chapter 7 |
| | ) |
| Debtor. | ) Related to Document No. 14 |
| | ) |
| TD AUTO FINANCE LLC, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| RYAN M. STEAR, | ) **ENTERED BY DEFAULT** |
| | ) |
| Respondent. | ) |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, TD Auto Finance LLC, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein,

UPON reading and filing the Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated October 3, 2019, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, ON MOTION of TD Auto Finance LLC, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, TD Auto Finance LLC, to dispose of its collateral; namely, one (1) 2012 GMC Sierra (V.I.N. 3GTP2VE75CG202876); and it is further

ORDERED, that TD Auto Finance LLC shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

Dated: Pittsburgh, Pennsylvania
October 31, 2019

_____
Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
10/31/19 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ryan M. Stear
      Debtor

Case No. 19-23404-CMB
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Oct 31, 2019
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.
db         +Ryan M. Stear,   405 Hodgson Road,   Darlington, PA 16115-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:
         Eric E. Bononi   bankruptcy@bononilaw.com, pa69@ecfcbis.com
         James Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
         Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Lauren M. Lamb   on behalf of Debtor Ryan M. Stear julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Martin A. Mooney   on behalf of Creditor   TD Auto Finance LLC kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      TOTAL: 6