**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ryan M. Stear** | Social Security number or ITIN  **xxx−xx−6654** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19−23404−CMB**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan M. Stear

12/26/19                                              **By the court:**   Carlota M. Bohm
                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                          Case No. 19-23404-CMB
Ryan M. Stear                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                 Page 1 of 2           Date Rcvd: Dec 26, 2019
                               Form ID: 318               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +Ryan M. Stear,    405 Hodgson Road,    Darlington, PA 16115-1515
15113259        Amerigas,    3540 State Route 151,    Aliquippa, PA 15001-5908
15113263       +Chippewa Township & Black Hawk School,    c/o Tax Collector,    2811 Darlington Road,
                 Beaver Falls, PA 15010-1027
15113270       +Mr. Cooper,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
15113271       +National Enterprise Systems,    2479 Edison Blvd. Unit A,    Twinsburg, OH 44087-2476
15113277       +Valley Waste,    261 Wallace Run Road,   Beaver Falls, PA 15010-5759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 27 2019 02:42:08      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 27 2019 02:43:05      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Dec 27 2019 07:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15113260        EDI: ATTWIREBK.COM Dec 27 2019 07:03:00      AT&T,    PO Box 5014,   Carol Stream, IL 60197-5014
15113261       +EDI: CAPITALONE.COM Dec 27 2019 07:03:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15113262       +EDI: CAPITALONE.COM Dec 27 2019 07:03:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
15113266       +E-mail/Text: bankruptcy@clearviewfcu.org Dec 27 2019 02:42:17
                 Clearview Federal Credit Union,    Attn: Bankruptcy,    8805 University Boulevard,
                 Moon Township, PA 15108-4212
15113264       +E-mail/Text: bankruptcy@clearviewfcu.org Dec 27 2019 02:42:17
                 Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
15113268        EDI: JEFFERSONCAP.COM Dec 27 2019 07:03:00      Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
15113268        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 27 2019 02:42:36      Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
15113269        EDI: JEFFERSONCAP.COM Dec 27 2019 07:03:00      Jefferson Capital Systems, LLC,   Po Box 1999,
                 Saint Cloud, MN 56302
15113269        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 27 2019 02:42:36      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
15113272       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 27 2019 02:42:23      Penn Power,   PO Box 16001,
                 Reading, PA 19612-6001
15114036       +EDI: RMSC.COM Dec 27 2019 07:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15113274       +EDI: RMSC.COM Dec 27 2019 07:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15113273       +EDI: RMSC.COM Dec 27 2019 07:03:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
15113276       +EDI: CHRYSLER.COM Dec 27 2019 07:03:00      Td Auto Finance,    Attn: Bankruptcy,   Po Box 9223,
                 Farmington Hilss, MI 48333-9223
15113275       +EDI: CHRYSLER.COM Dec 27 2019 07:03:00      Td Auto Finance,    Po Box 9223,
                 Farmington, MI 48333-9223
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
cr              TD Auto Finance LLC
15113267*      +Clearview Federal Credit Union,    Attn: Bankruptcy,    8805 University Boulevard,
                 Moon Township, PA 15108-4212
15113265*      +Clearview Federal Credit Union,    8805 University Blvd,    Coraopolis, PA 15108-4212
                                                                                    TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                User: culy                    Page 2 of 2                    Date Rcvd: Dec 26, 2019
                                    Form ID: 318                  Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor Ryan M. Stear
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Martin A. Mooney     on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6
```